IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST FUND,
BRIAN GENTRY (in his capacity as Trustee),
CONTRACT ADMINISTRATION FUND, and
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,

        Case No. 09-cv-562

        Plaintiffs,

v.

SCHULTZ EQUITY BUILDERS, INC.,

        Defendant.

## ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendant Schultz Equity Builders, Inc., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendant Schultz Equity Builders, Inc., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 12th day of November, 2009.

_____
PETER OPPENEER
Clerk of Court