UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY
(in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

                  Plaintiffs,

vs.

                                                   Case No. 09-cv-562

SCHULTZ EQUITY BUILDERS, INC.,

                  Defendant.

### ORDER FOR JUDGMENT AND INJUNCTIVE RELIEF

Motions for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, finds the following

    1.    Defendant Schultz Equity Builders, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant Schultz Equity Builders, Inc. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds and by failing to submit to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period of July 1, 2007 to the present date.

On the basis of these findings,

**IT IS HEREBY ORDERED:**

(a) that the Clerk of Court is directed to enter judgment in favor of Plaintiffs North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, North Central States Regional Council of Carpenters and Brian Gentry and against Defendant Schultz Equity Builders, Inc.;

(b) that the Defendant Schultz Equity Builders, Inc. shall submit within ten (10) days of the date of this Order to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period of July 1, 2007 to the present date; and

(c) that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in

favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Fund as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

Dated this 16th day of December, 2009.

BY THE COURT

Barbara B. Crabb
U.S. DISTRICT JUDGE