UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY
(in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

                Plaintiffs,

vs.                                  Case No.   09-cv-562

SCHULTZ EQUITY BUILDERS, INC.,

                Defendant.

ENTRY OF JUDGMENT AND INJUNCTIVE RELIEF
ON THE DECISION BY THE COURT

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

    1.    Judgment should be entered on behalf of the Plaintiffs North Central

States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, North Central States Regional Council of Carpenters and Brian Gentry and against Defendant Schultz Equity Builders, Inc.,

2. Defendant Schultz Equity Builders, Inc. is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of July 1, 2007 to the present date.

3. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

Dated at Milwaukee, Wisconsin this 16th day of December, 2009.

BY THE CLERK

Peter Oppeneer