W/19668

## AGREEMENT AND SIGNATURE PAGE

IN WITNESS WHEREOF, the parties have executed this Agreement this **28th** day of **June**, **2005**.

NORTHERN WISCONSIN
REGIONAL COUNCIL OF CARPENTERS
BY _[signature]_
Signature of Business Representative

BY **DANIEL R. WESTCOTT**
Print Name of Business Representative

N2216 Bodde Rd
Kaukauna WI 54130

**715-355-0806**   **1-888-313-3221**
Phone Number

**715-355-0807**
Fax Number

**RECEIVED**
**JUL 1 2 2005**

_Resigned 6-28-05_

**SCHULTZ EQUITY BUILDERS INC**
Print Name of Contractor

BY _Jeffrey D. Schultz_
Signature of Contractor Representative

BY **JEFFREY G. SCHULTZ**
Print Name of Contractor Representative

**4099 HAY MEADOW DRIVE**
Address of Contractor

**MOSINEE**   **WI**   **54455**
City   State   Zip Code

**(715) 344-4529**
Phone Number

**(715) 344-3124**
Fax Number

_____
Workers' Compensation Number

_____
Unemployment Compensation Number

**N/A**
Bonding Company   Bonding Number

**39-2007330**
Federal ID #

### Residential Construction 2005 - 2007

Northern Wisconsin Regional Council of Carpenters
of the United Brotherhood of Carpenters and Joiners of America


EXHIBIT A