IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS
HEALTH FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST
FUND, and BRIAN GENTRY (in his capacity
as Trustee), CONTRACT
ADMINISTRATION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

      Plaintiffs,

v.

SCHULTZ EQUITY BUILDERS, INC.,

      Defendant.

AMENDED JUDGMENT IN
A CIVIL CASE

Case No. 09-cv-562

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that amended judgment is entered in favor of plaintiffs against defendant, Schultz Equity Builders, Inc. in the amount of $23,590.80 together with interest at the rate allowed by law.

_____
Peter Oppeneer, Clerk of Court

5/20/10
Date